UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SETH MARINOFF, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>REV GROUP, INC., et al.,<br><br>    Defendants. | No.: 2:18-cv-1269-LA<br><br>CLASS ACTION |
| RAMANITHARAN RAJARAM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>REV GROUP, INC., et al.,<br><br>    Defendants. | No.: 2:18-cv-1270-LA<br><br>CLASS ACTION |
| LEAH BITAR, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>REV GROUP, INC., et al.,<br><br>    Defendants. | No.: 2:17-cv-1268-LA<br><br>CLASS ACTION |

**NOTICE OF APPEARANCE OF DANIEL E. CONLEY**

PLEASE TAKE NOTICE that Daniel E. Conley of Quarles & Brady LLP appears as counsel for Goldman Sachs & Co. LLC; BMO Capital Markets Corp.; Jefferies LLC; Stifel, Nicolaus & Company, Incorporated; Morgan Stanley & Co. LLC; Robert W. Baird & Co. Incorporated; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; and Wells Fargo Securities, LLC. He requests that copies of all proceedings and papers in this action be served on him through the CM/ECF system, or by email at daniel.conley@quarles.com.

Dated: September 28, 2018

Respectfully submitted,

*Attorneys for Goldman Sachs & Co. LLC, BMO Capital Markets Corp., Jefferies LLC, Stifel, Nicolaus & Company, Incorporated, Morgan Stanley & Co. LLC, Robert W. Baird & Co. Incorporated, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., and Wells Fargo Securities, LLC*

***Electronically signed by Daniel E. Conley***
Daniel E. Conley, SBN 1009443
Jonathan W. Hackbarth, SBN 1056411
QUARLES & BRADY LLP
411 E. Wisconsin Ave, Suite 2400
Milwaukee, WI 53202
(414) 277-5609
daniel.conley@quarles.com
jon.hackbarth@quarles.com

Matthew J. Splitek, SBN 1045592
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
(608) 283-2454
matthew.splitek@quarles.com

QB\54244945.1                                    2
Case 2:18-cv-01268-LA   Filed 09/28/18   Page 2 of 2   Document 34