UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IN RE REV GROUP, INC. SECURITIES LITIGATION | Lead Case No. 2:18-cv-1268-LA |

**NOTICE OF LEAD PLAINTIFF'S RULE 23(e)(1) MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Lead Plaintiff Houston Municipal Employees Pension System ("HMEPS") hereby moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure to grant the proposed Preliminary Approval Order: (i) preliminarily approving the Settlement; (ii) holding that the manner and forms of notice satisfy due process and provide the best notice practicable under the circumstances, and ordering that Notice be provided to the Classes; (iii) setting a date and time for the Settlement Fairness Hearing not fewer than 90 days from entry of the Preliminary Approval Order; (iv) appointing JND Class Action Administration as Claims Administrator; (v) preliminarily certifying the Classes; and (vi) granting such other and further relief as may be required..

This Motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Michael S. Bigin, and the pleadings and other filings in this action.

| | |
|---|---|
| Dated: May 19, 2021 | **ADEMI LLP** |
| | /s/ *John D. Blythin* |
| | Shpetim Ademi (SBN 1026973)<br>John D. Blythin (SBN 1046105)<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>(414) 482-8000<br>(414) 482-8001 (fax)<br>sademi@ademilaw.com<br>jblythin@ademilaw.com |
| | *Liaison Counsel for Lead Plaintiff Houston Municipal Employees Pension System and the Proposed Classes* |
| | **BERNSTEIN LIEBHARD LLP**<br>STANLEY D. BERNSTEIN<br>MICHAEL S. BIGIN<br>JOSEPH R. SEIDMAN, JR.<br>l0 East 40th Street |

New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
seidman@bernlieb.com

*Counsel for Houston Municipal Employees Pension System and Lead Counsel for the Proposed Classes*

**ROBBINS GELLER RUDMAN & DOWD LLP**
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
SRudman@rgrdlaw.com

BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 674-4674
Facsimile: (312) 674-4676
BCochran@rgrdlaw.com

MALLERY & ZIMMERMAN S.C.
K. SCOTT WAGNER
731 North Jackson Street, Suite 900
Milwaukee, WI 53202
Telephone: 414/271-2424
Facsimile:  414/271-8678
swagner@mzmilw.com

*Liaison Counsel for State Class Counsel*

**JOHNSON FISTEL, LLP**
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA 30064
Telephone: 470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

*Counsel for Gabriel Yandoli and Bucks County Employees Retirement System*