**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE REV GROUP, INC. SECURITIES LITIGATION | Lead Case No. 2:18-cv-1268-LA |

**DECLARATION OF MICHAEL S. BIGIN**
**IN SUPPORT OF LEAD PLAINTIFF'S RULE 23(e)(1) MOTION**
**FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

I, MICHAEL S. BIGIN, hereby declare that:

1. I am a partner at Bernstein Liebhard LLP ("Bernstein Liebhard"), Lead Counsel for Lead Plaintiff Houston Municipal Employees Pension System and the proposed Classes.

2. Attached as Exhibit A is a copy of the Stipulation of Settlement, with exhibits.

3. Attached as Exhibit B is a report by Cornerstone Research authored by Laarni T. Bulan and Laura E. Simmons entitled Securities Class Action Settlements – 2020 Review and Analysis.

4. Attached as Exhibit C is the firm resume of Bernstein Liebhard LLP.

5. Attached as Exhibit D is the firm resume of Robbins Geller Rudman & Dowd, LLP.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2021, at New York, New York.

*/s/ Michael S. Bigin*

MICHAEL S. BIGIN